AO 455(Rev 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| MARIO ALVAREZ-TORRES | CASE NUMBER: 08 MJ 8407 |

I, <u>MARIO ALVAREZ-TORRES</u>, the above named defendant, who is accused committing the following offense:

> Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/10/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Mario Alvarez T_
Defendant

_Gary Edwards_
Counsel for Defendant

Before _____
Judicial Officer

